THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ALPHONSE ALESSI, Appellant.

Submitted December 6, 1943; decided December 8, 1943.

*Alphonse Alessi*, in person, for motion.

No one opposed.

Motion to prosecute appeal as a poor person denied.

Motion for leave to appeal from the order of the County Court dismissed on the ground that the order sought to be reviewed is not appealable directly to this Court.